IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 10-30018-DRH |
| | ) |
| EARL T. HOLMES | ) |
| | ) |
| Defendant. | ) |

**ORDER**

    Before the Court is a motion by Renee E. Schooley, Assistant Federal Public Defender for leave to withdraw as counsel for Defendant Holmes (Doc. 13).  The Court is advised that attorney Steven D. Griffin has entered his appearance as counsel for Defendant Holmes.  Therefore, the motion to withdraw (Doc. 13) is **GRANTED** and Renee E. Schooley, Assistant Federal Public Defender is **WITHDRAWN** as counsel for Defendant Holmes.

    IT IS SO ORDERED.

    Dated: April 12, 2010.

/s/    *David R Herndon*
DAVID R. HERNDON
Chief Judge
United States District Court